Certificate Number: 05781-TXN-DE-041487799

Bankruptcy Case Number: 26-34358

05781-TXN-DE-041487799

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2026, at 1:55 o'clock PM PDT, Deanne Eyo-Ita completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: September 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President